August 6, 2014

Carlos Humberto Cab Siquic
The Honorable Judge presiding in the
United States District Court for the
Western District of Virginia, Charlottesville Division

To Whom it Concerns:

In response to the request set forth by you,
Carlos Humberto Cab Siquic, it is my responsibility
to report to you, and to the court where
you have filed, the status of the documents you
have requested.

Based on the document you served me on July
14, 2014, I am aware that the judgment for
this lawsuit is in your favor. I am aware
that this judgment in your favor was awarded
as a default judgment because I did not
defend myself against the lawsuit you
served me on January 27, 2014.

Your statement says that a default judgment was
entered against me.

I did not defend myself against your lawsuit because I believe I could not afford to do so. I believe that I could not afford to pay for attorney representation, and I could not afford to pay for the travel costs associated with defending myself.

I understand that, by believing this, and by not defending myself, the judgement is now in your favor. In addition, I understand that you have requested documents connected with your employment. Your statement says that these documents are to be used to decide how much money should be entered in the default judgement for you.

I do not posses the documents you have requested. I am no longer in business and the company you worked for is closed. I do not have any paperwork that relates to my former business or your employment.

Because of several challenging situations in my personal family life, I decided to close the business. I am unable to

continue operating a company. I made the decision to close my company just more than two years ago, and have been in the process of doing so since that time. I was able to satisfy enough of my business obligations earlier this year to be able to close the company.

My focus is no longer on business. My family's challenges for the past two years have consumed most of my time, and caused frequent travel and relocation. I have been unable to maintain an office on a record base.

I have been thorough in disclosing this information to you to the best of my ability. I understand that you will have questions to ask me concerning your employment, and that this will take place on August 19, 2014

I respectfully submit this statement to you, and to the court and its representatives where this judgement is filed.

Sincerely yours,

Amy Spear-Thomas