UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| CARLOS HUMBERTO CAB SIQUIC, <br> RENE SAGUI XOL, <br> SANTIAGO YAXCAL CUZ <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STAR FORESTRY, LLC; <br> INDEPENDENT LABOR SERVICES, LLC; <br> WHITE PINE REFORESTATION, LLC; <br> AMY SPEARS-THOMAS and <br> DEVIN SPEARS-THOMAS <br><br> Defendants. | Case No. 3:13cv43 |

**Notice of filing consent to join FLSA collective action**

Pursuant to 29 U.S.C. § 216(b), **Manuel Coc Sagui** hereby files his consent to join this Fair Labor Standards Act Collective Action.

Respectfully submitted this 4th day of February, 2015,

CARLOS HUMBERTO CAB SIQUIC
RENE SAGUI XOL
SANTIAGO YAXCAL CUZ

By Counsel

_____/s/_____
Erin Trodden, VSB # 71515
erin@justice4all.org
Mary C. Bauer, VSB # 31388
mary@justice4all.org
Angela Ciolfi, VSB # 65337

1

angela@justice4all.org
Legal Aid Justice Center
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 977-0553
(434) 977-0558 facsimile

Jason Raofield (*pro hac vice*)
Richard Anthony Lopez (*pro hac vice*)
Austin K. Hampton (*pro hac vice*)
Michael A. Chajon (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: 202-662-6000
Fax: 202-662-6291

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above on the Defendants by filing this via the Court's Electronic Case Filing system, this 4th day of February, 2015.

/s/ Erin Trodden
*Counsel for Plaintiffs*

## FLSA CONSENT FORM

I hereby give my consent to sue for wages that may be owed to me under the Fair Labor Standards Act. I hereby authorize my attorneys to represent me before any court or agency on these claims.

_____
NAME

_____
SIGNATURE

_____
DATE

........................................................................................

## CONSENTIMIENTO PARA ACCION FLSA

Por este medio doy mi consentimiento para que se haga demanda para pagos que se me deben bajo la Ley de Normas Laborales Justas. Autorizo que mis abogados me representen ante cualquier corte o agencia con respeto a estos reclamos.

_Manuel Coc Sagui_
NAME

_[signature]_
FIRMA

_28 de septiembre 2013_
FECHA DE HOY